SAMUELS, GREEN & STEEL, LLP
SCOTT R. ALBRECHT, State Bar No. 201614
salbrecht@sgsattorneys.com
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Telephone: (949) 263-0004
Facsimile: (949) 263-0005
*Attorneys for K.N.C. Agro Limited*

MELAND RUSSIN AND BUDWICK, P.A.
ERIC OSTROFF, Florida Bar No. 10130 (admitted *pro hac*)
eostroff@melandrussin.com
UTIBE IKPE, Florida Bar No. 90301 (admitted *pro hac*)
uikpe@melandrussin.com
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221
*Attorneys for K.N.C. Agro Limited*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.N.C. AGRO LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DEL REY MEAT AND SEAFOOD, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-01780-RSWL-ASx<br><br>**PLAINTIFF K.N.C. AGRO LIMITED'S NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>*[Filed Concurrently with Motion for Entry of Default Judgment and Exhibits thereto]*<br><br>**Date:   September 17, 2019**<br>**Time:   10:00 a.m.**<br>**Ctrm:   TBD** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that on September 17, 2019 at 10:00 a.m. in Courtroom TBD of the above-captioned court located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff K.N.C. AGRO LIMITED ("Plaintiff") will and hereby does move this Court for entry of default judgment on Plaintiff's Complaint [Dkt. No. 1] against Defendant DEL REY MEAT AND SEAFOOD, INC. ("Defendant"). Default has already been entered against Defendant on June 12, 2019 at Docket No. 19.

This Motion is based on the ground that there default has been entered against Defendant and Plaintiff is now entitled to entry of judgment in accordance with the accompanying motion and evidence submitted herewith.

This Motion is made pursuant to Rule 55 of the *Federal Rules of Civil Procedure* and Rules 55-1, *et seq.*, of the Local Rules of the Central District of California.

This Motion is based on this Notice of Motion; the accompanying Motion; the Affidavit of Kaiser Ahmed and the evidence submitted therewith; and the papers and records on file and on such further argument or evidence that may be presented to this Court.

DATED: July 30, 2019

Respectfully submitted,

SAMUELS, GREEN & STEEL, LLP
By:   s/ Scott Albrecht
        SCOTT R. ALBRECHT, ESQ.
-and-

MELAND RUSSIN & BUDWICK, P.A.
By:   s/Eric W. Ostroff
        ERIC W. OSTROFF, ESQ.
        (admitted pro hac vice)
        UTIBE I. IKPE, ESQ.
        (admitted pro hac vice)
*Attorneys for K.N.C. Agro Limited*