**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.N.C. AGRO LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>DEL REY MEAT AND SEAFOOD, INC.,<br><br>            Defendants. | CV No. 19-1780-RSWL-AS<br><br>**JUDGMENT** |

   **WHEREAS,** on June 12, 2019 the Court Clerk entered default against Defendant Del Rey Meat and Seafood, Inc. ("Defendant") [19], pursuant to Federal Rule of Civil Procedure 55(a),

   **WHEREAS,** this Court **GRANTED** Plaintiff K.N.C. Agro Limited's ("Plaintiff") Motion for Default Judgment [24],

   **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

1  judgment is entered in favor of Plaintiff and against
2  Defendant, in accordance with this Court's previous
3  Order granting Plaintiff's Motion for Default Judgment.
4  Damages are awarded to Plaintiff in the amount of
5  $346,959.67.  The Court also awards Plaintiff costs.
6      As no Defendants remain, the Clerk shall close this
7  matter.

9  **IT IS SO ORDERED.**

11 DATED: October 10, 2019         /s/ RONALD S.W. LEW
12                                 **HONORABLE RONALD S.W. LEW**
                                   Senior U.S. District Judge